UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CRAIG BRASFIELD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:15-cv-00952 |
| | § | |
| ASI LLOYDS and JAMES KAUFMAN, | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441, Defendants ASI Lloyds ("ASI") and James Kaufman ("Kaufman") (collectively "Defendants") hereby remove the action styled and numbered, *Craig Brasfield v. ASI Lloyds and James Kaufman*, Cause No. 017-282488-15, currently pending in the 17th Judicial District Court of Tarrant County, Texas to the United States District Court for the Northern District of Texas, Fort Worth Division. For the reasons set forth below, removal of the state court action is proper under 28 U.S.C. §§ 1332, 1441, and 1446.

### I. THE STATE COURT ACTION

1. On November 23, 2015, Craig Brasfield ("Brasfield") filed his Original Petition in Cause No. 017-282488-15 against ASI and Kaufman.

### II. ASI'S NOTICE OF REMOVAL IS TIMELY

2. ASI was served with the Original Petition and citation on November 30, 2015. Accordingly, ASI files this Notice of Removal within the 30-day time period required by 28 U.S.C. § 1446(b).

### III.  VENUE IS PROPER

3.      Venue is proper in the United States District Court for the Northern District of Texas, Fort Worth Division, under 28 U.S.C. § 1441(a) because this district and division embrace the place in which the removed action has been pending.

### PARTIES

### IV.  BASIS FOR REMOVAL JURISDICTION

4.      Removal of this action is proper under 28 U.S.C. § 1441 because it is a civil action brought in a state court and the federal courts have original jurisdiction over the subject matter pursuant to 28 U.S.C. § 1332. Specifically, removal is proper because there is now, and was at the time this action was filed, complete diversity of citizenship between Plaintiff Brasfield and all Defendants.

5.      Brasfield is a Texas resident who resides in Tarrant County, Texas.

6.      Defendant ASI was at the time this lawsuit was filed, and at the date of this Notice remains, an association of underwriters. The individual underwriters are as follows: Tanya J. Fjare, Trevor C. Hillier, Kevin R. Milkey, John F. Auer, Jr., Edwin L. Cortez, Mary F. Fournet, Philip L. Brubaker, Pat McCrink, Jeff Hannon and Angel Bostick. Each of these underwriters is a citizen of the State of Florida. "The United States Supreme Court has consistently held for over one hundred years that the citizenship of an unincorporated association [such as ASI Lloyds] is determined . . . solely by the citizenship of its members."[1] Therefore, ASI Lloyds is not a citizen of the State of Texas.

---

[1]     *See Massey v. State Farm Lloyds Ins. Co., 993 F. Supp. 568, 570 (S.D. Tex. 1998); see also Gore v. Stenson, 616 F. Supp. 895, 898-899 (S.D. Tex. 1984) (recognizing years of Supreme Court precedent reaffirming the treatment of unincorporated associations for jurisdictional purposes)*

7.    Defendant Kaufman is a Florida resident who resides in St. Lucie County, Florida.[2]

8.    Accordingly, there is now, and was at the time this action was filed, complete diversity between Plaintiff Brasfield, and Defendants ASI and Kaufman.

## V.  AMOUNT IN CONTROVERSY

9.    If it is facially apparent that Brasfield's claims exceed the jurisdictional amount, Defendants' burden as to the amount in controversy is satisfied.[3]

10.    In his Original Petition, Brasfield seeks "monetary relief over $200,000 but not more than $1,000,000."[4]

11.    Therefore, Brasfield's claims exceed the amount required to support federal jurisdiction.

## VI.  COMPLIANCE WITH LOCAL RULE 81.1

12.    In accordance with 28 U.S.C. § 1446(a) and Rule 81.1 of the Local Rules of the Northern District of Texas, Defendants file this Notice of Removal, accompanied by the following exhibits:

a.    An index of all documents attached to (or filed with) this Notice that clearly identifies each such document and indicates the date the document was filed in state court (if applicable) as ***Exhibit A***.

b.    A copy of the docket sheet in the state court action as ***Exhibit B***.

c.    Each document filed in the state court action (as separate attachments arranged in chronological order according to state court filing date) as ***Exhibit C***; and

---

[2]    Brasfield's Original Petition states that Kaufman "is an individual residing in and domiciled in the State of Texas," however Kaufman is a resident of the state of Florida, employed by Defendant ASI in their Florida office. Plaintiff has presumably confused a Texas James Kaufman for the James Kaufman in Florida who adjusted Ms. Brasfield's claim.

[3]    *Allen v. R & H Oil & Gas Co.,* 63 F.3d 1326, 1335 (5th Cir. 1999).

[4]    *See* Plaintiff's Original Petition, attached as Exhibit C, page 2, paragraph 5.

d.    A separately signed certificate of interested persons that complies with Local Rule 3.1(c) as *Exhibit D*.

## VII.  JURY DEMAND

13.    Brasfield demanded a jury in the state court action.

## VIII.  CONCLUSION

14.    Defendants will promptly file a copy of this Notice of Removal with the clerk of the state court where the action is pending.

15.    Therefore, Defendants hereby provide notice that this action is duly removed.

Respectfully submitted,

**ZELLE HOFMANN VOELBEL & MASON LLP**

By:___*/s/ Todd M. Tippett*_____
    Todd M. Tippett
    Attorney-In-Charge
    Texas Bar No. 24046977
    TTippett@zelle.com
    Andrew A. Howell
    Texas Bar No. 24072818
    AHowell@zelle.com
    John W. Maniscalco
    Texas Bar No. 24078913
    JManiscalco@zelle.com

901 Main Street, Suite 4000
Dallas, TX  75202-3975
Telephone:    214-742-3000
Facsimile:    214-760-8994

**ATTORNEYS FOR DEFENDANTS
ASI LLOYDS AND JAMES KAUFMAN**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Notice of Removal has been served this 15th day of December, 2015, by electronic filing as follows:

Matthew J. Worrall
Texas Bar No. 24070883
mworrall@potts-law.com
William H. Barfield
Texas Bar No. 24031725
wbarfield@potts-law.com
Andrew A. Woellner
Texas Bar No. 24060850
awoelnner@potts-law.com

THE POTTS LAW FIRM, LLP
100 Waugh Drive, Suite 350
Houston, TX   77007
Telephone:    713-963-8881
Facsimile:    713-574-2938

**ATTORNEYS FOR PLAINTIFF
CRAIG BRASFIELD**

                                        */s/ Todd M. Tippett*
                                          Todd M. Tippett